FILED
Clerk
District Court
APR -3 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE APPLICATION FOR PRO HAC VICE ADMISSION OF<br><br>Lynne T. T. Toyofuku | CASE NO. CV08-0020 |

Petitioner states the following under the penalties of perjury:

Full Name: Lynne T. T. Toyofuku

Other Names Known By: n/a

Social Security Number: ███-7574

Birth Date: 3/23/57

Residence Address: 696 Elepaio Street, Honolulu, HI 96816

Business Address and Contact Information: Marr Jones & Wang, LLLP, 1003 Bishop Street, Suite 1550, Honolulu, HI 96813, 808-536-4900, LToyofuku@marrjones.com

College and Graduation Date: Tufts University (*cum laude* 1979)

100233.01/1063.001

***ORIGINAL***

Law School, Degree, and Graduation Date: <u>Boston University School of Law (1988)</u>

Petitioner has been duly admitted on the date shown and remains a member in good standing of the following courts (include Bar Numbers where appropriate):

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| State of Hawaii | 5/12/89 | 4958-0 |
| U.S. District Court for District of Hawaii | 5/12/89 | |
| U.S. Court of Appeals for the Ninth Circuit | 5/9/92 | |

Petitioner's International Standard Lawyer Number (ISLN) is: <u>n/a</u>

Petitioner represents that he or she has not been suspended from the practice of law for misconduct or for any other cause, has not been denied admission to practice before any court, and has never withdrawn a petition to practice before any court before the court had ruled on it.

If I have within the preceding year of the date of this application been admitted to this court pro hac vice, the case for which I was admitted was: <u>n/a</u>

100233.01/1063.001

| | |
|---|---|
| 1 | In accordance with Local Rule 83.5.f, or its successor, petitioner represents that he or she has associated with local counsel Vicente T. Salas, who has agreed to the requirements of Local Rule 83.5.f. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands in the above-numbered cause be granted. |
| 6 | |
| 7 | |
| 8 | DATED this 1st day of April 2008. |

_____
Petitioner's Signature

100233.01/1063.001

*VICENTE T. SALAS, ESQ.*
*Law Office Of Vicente T. Salas*
*P.O. Box 501309, San Jose*
*2nd Floor, UIU Building*
*SAIPAN, MP 96950-1309*
*Telephone No. (670) 234-7455*
*Telecopier No. (670) 234-7256*
*e-mail: vts@pticom.com*

*Attorney for:*   **Defendant ROME RESEARCH CORPORATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT OF LOCAL ATTORNEY (VICENTE T. SALAS)** |
| ROME RESEARCH CORPORATION, | ) | |
| Defendant. | ) | |

I hereby consent to my being designated as the local attorney to work with Lynne T. T. Toyofuku, Esq. in this matter.

Dated this __3rd__ day of April, 2008.

Respectfully Submitted By:

**LAW OFFICE OF VICENTE T. SALAS**

VICENTE T. SALAS,
Attorney for Defendant,
Rome Research Corporation