```
                                                    FILED
                                                    Clerk
                                                District Court

                                                 APR - 3 2008

                                            For The Northern Mariana Islands
                                            By_____
                                                     (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

IN RE THE APPLICATION FOR     )    CASE NO. 08-0020
PRO HAC VICE ADMISSION OF     )
                              )
Megumi Sakae                  )
                              )
_____)

Petitioner states the following under the penalties of perjury:

Full Name: _____ Megumi Sakae _____

Other Names Known By: _____ None _____

Social Security Number: _____ ▮▮▮-0839 _____

Birth Date: _____ September 6, 1974 _____

Residence Address: ___ 531 Hahaione Street, Apt. 19E, Honolulu, HI 96825 ___

Business Address and Contact Information: Marr Jones & Wang LLLP, 1003 Bishop St, Ste 1550, Honolulu, HI 96813, 808-536-4900, msakae@marrjones.com

College and Graduation Date: ___ University of Pennsylvania, May 21, 1996 ___

AO 72
(Rev. 08/82)

***ORIGINAL***

Law School, Degree, and Graduation Date: ___Washington University School of Law, May 18, 2001___

Petitioner has been duly admitted on the date shown and remains a member in good standing of the following courts (include Bar Numbers where appropriate):

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| New York State Court | 04/22/2002 | N/A |
| Southern District of New York | 10/15/2002 | MS0839 |
| Eastern District of New York | 10/15/2002 | N/A |
| | | |
| | | |
| | | |

Petitioner's International Standard Lawyer Number (ISLN) is: ___N/A___.

Petitioner represents that he or she has not been suspended from the practice of law for misconduct or for any other cause, has not been denied admission to practice before any court, and has never withdrawn a petition to practice before any court before the court had ruled on it.

If I have within the preceding year of the date of this application been admitted to this court pro hac vice, the case for which I was admitted was: ___N/A___

AO 72
(Rev. 08/82)

In accordance with Local Rule 83.5.f, or its successor, petitioner represents that he or she has associated with local counsel _____Vicente T. Salas_____, who has agreed to the requirements of Local Rule 83.5.f.

Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands in the above-numbered cause be granted.

DATED this __1__ day of _____April_____, __2008__.

_____
Petitioner's Signature

AO 72
(Rev. 08/82)

*VICENTE T. SALAS, ESQ.*
*Law Office Of Vicente T. Salas*
*P.O. Box 501309, San Jose*
*2nd Floor, UIU Building*
*SAIPAN, MP 96950-1309*
*Telephone No. (670) 234-7455*
*Telecopier No. (670) 234-7256*
*e-mail: vts@pticom.com*

*Attorney for:* **Defendant ROME RESEARCH CORPORATION**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT OF LOCAL ATTORNEY** |
| | ) | **(VICENTE T. SALAS)** |
| ROME RESEARCH CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I hereby consent to my being designated as the local attorney to work with Megumi Sakae, Esq. in this matter.

Dated this __3rd__ day of April, 2008.

                                          Respectfully Submitted By:

                                          **LAW OFFICE OF VICENTE T. SALAS**

                                          _/s/ Vicente T. Salas_
                                          VICENTE T. SALAS,
                                          Attorney for Defendant,
                                          Rome Research Corporation