```
 1
 2              IN THE UNITED STATES DISTRICT COURT      F I L E D
                                                          Clerk
                                                       District Court
 3                         FOR THE
                                                       APR -- 2008
 4              NORTHERN MARIANA ISLANDS           For The Northern Mariana Islands
                                                   By_____
 5                                                        (Deputy Clerk)
```

| | | |
|---|---|---|
| IN RE THE APPLICATION FOR | ) | CASE NO. CV08-0020 |
| PRO HAC VICE ADMISSION OF | ) | |
| | ) | **ORDER ADMITTING** |
| Lynne T. T. Toyofuku | ) | **PETITIONER PRO HAC VICE** |
| | ) | |
| | ) | |

**PURSUANT TO** the Petition for Pro Hac Vice Admission and the Local Rules of this Court, and good cause appearing,

**IT IS ORDERED** that Lynne T. T. Toyofuku is admitted pro hac vice to practice before this court in the matter entitled Ryanjay T. Dela Cruz v. Rome Research Corporation upon taking of the oath.

DATED this 7TH day of APRIL, 2008.

_____
Judge

100233.01/1063.001

**ORIGINAL**