IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

APR -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN RE THE APPLICATION FOR   )   CASE NO. 08-0020
PRO HAC VICE ADMISSION OF   )
                            )   **ORDER ADMITTING**
Megumi Sakae                )   **PETITIONER PRO HAC VICE**
_____)

**PURSUANT TO** the Petition for Pro Hac Vice Admission and the Local Rules of this Court, and good cause appearing,

**IT IS ORDERED** that _____Megumi Sakae_____ is admitted pro hac vice to practice before this court in the matter entitled __Ryanjay T. Dela Cruz. v. Rome Research Corporation__, upon taking of the oath.

DATED this __7th__ day of __APRIL__, __2008__.

_____
Judge

AO 72
(Rev. 08/82)

**ORIGINAL**