VICENTE T. SALAS, ESQ.
Law Office Of Vicente T. Salas
P.O. Box 501309, San Jose
2nd Floor, UIU Building
SAIPAN, MP 96950-1309
Telephone No. (670) 234-7455
Telecopier No. (670) 234-7256
e-mail: vts@pticom.com

LYNNE T. T. TOYOFUKU, ESQ.
MEGUMI SAKAE, ESQ
Marr Jones & Wang
A Limited Liability Law Partnership
Pauahi Tower, 1003 Bishop Street, Suite 1550
Honolulu, Hawaii 96813
Telephone: (808) 536-4900
Facsimile: (808) 536-6700
e-mail: LToyofuku@marrjones.com

*Attorneys for:* Defendant ROME
RESEARCH CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S REQUEST OF** |
| | ) | **COUNSEL TO APPEAR** |
| | ) | **TELEPHONICALLY AT THE** |
| vs. | ) | **APRIL 29, 2008 CASE** |
| | ) | **MANAGEMENT CONFERENCE/** |
| | ) | **[PROPOSED] ORDER** |
| ROME RESEARCH CORPORATION, | ) | |
| | ) | Judge: Honorable Alex R. Munson |
| Defendant. | ) | Date: April 29, 2008 |
| | ) | Time: 9:00 a.m. |

Counsel for Defendant Rome Research Corporation hereby request leave of this Court for Attorneys Lynne T. T. Toyofuku and Megumi Sakae to appear by telephone conference at the hearing presently scheduled for April 29, 2008 at 9:00 a.m. (Saipan time).

Counsel appearing telephonically will contact the Court from their office in Honolulu, Hawaii shortly before the hearing is to commence, or may be reached at 808-536-4900 if the Court prefers to initiate the conference call, should the Court grant Defendant's request. Local counsel, Vicente T. Salas, will be appearing in person for the hearing.

Dated this __18th__ day of April, 2008.

**Respectfully Submitted By:**

**LAW OFFICE OF VICENTE T. SALAS**

_/s/ Vicente T. Salas_
VICENTE T. SALAS
Attorney for Defendant,
Rome Research Corporation