IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ ) | CIVIL ACTION NO. CV08-0020 | |
| ) | | |
| Plaintiff, ) | **[PROPOSED] ORDER PERMITTING** | |
| ) | **TELEPHONIC APPEARANCE** | |
| vs. ) | | |
| ) | | |
| ROME RESEARCH CORPORATION, ) | | |
| ) | Judge: Honorable Alex R. Munson | |
| Defendant. ) | Date: April 29, 2008 | |
| ) | Time: 9:00 a.m. | |

On April 18, 2008, there was filed in the above-captioned proceeding a request that Defendant's counsel, Lynne T. T. Toyofuku and Megumi Sakae, be permitted to appear telephonically at the 9:00 a.m. April 29, 2008 Case Management Conference hearing.

Based on the record in this proceeding, this court shall grant such request and permit Defendant's Counsel to appear telephonically at the April 29, 2008 hearing.

Accordingly, Defendant's counsel shall be available via telephone, at 808-536-4900 on April 29, 2008 at 9:00 a.m. (Saipan time), to participate in the hearing.

IT IS SO ORDERED.

Dated this _____ day of April, 2008.

_____
ALEX R. MUNSON