*VICENTE T. SALAS, ESQ.*
*Law Office Of Vicente T. Salas*
*P.O. Box 501309, San Jose*
*2nd Floor, UIU Building*
*SAIPAN, MP 96950-1309*
*Telephone No. (670) 234-7455*
*Telecopier No. (670) 234-7256*
*e-mail: vts@pticom.com*

*LYNNE T. T. TOYOFUKU, ESQ.*
*MEGUMI SAKAE, ESQ*
*Marr Jones & Wang*
*A Limited Liability Law Partnership*
*Pauahi Tower, 1003 Bishop Street, Suite 1550*
*Honolulu, Hawaii 96813*
*Telephone: (808) 536-4900*
*Facsimile: (808) 536-6700*
*e-mail: LToyofuku@marrjones.com*

**Attorneys for: Defendant ROME**
**RESEARCH CORPORATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **DEFENDANT'S CASE** |
| vs. | ) | **MANAGEMENT CONFERENCE** |
| | ) | **STATEMENT** |
| | ) | |
| ROME RESEARCH CORPORATION, | ) | |
| | ) | **Judge: Honorable Alex R. Munson** |
| Defendant. | ) | **Date: April 29, 2008** |
| | ) | **Time: 9:00 a.m.** |

Pursuant to Local Rule 16.2CJ(e)(2)1, Defendant ROME RESEARCH CORPORATION

("Defendant") hereby submits its Case Management Conference Statement. The Case Management

Conference is scheduled for April 29, 2008 at 9:00 a.m.

(a)    Service of Process: Defendant has been properly served. There are currently no additional parties to be served.

(b)    Jurisdiction and Venue: Jurisdiction in this Court is proper under 28 U.S.C. § 1332(a)(1).

©    Track Assignment: Defendant agrees with the Court's recommendation that this case be assigned the Standard Track.

(d)    Anticipated Motions: Defendant anticipates filing dispositive motions in this case.

(e)    Anticipated Discovery: Defendant may serve written discovery requests on plaintiff subsequent to the Case Management Conference. Defendant anticipates deposing plaintiff and other witnesses named by plaintiff.

(f)    Further Proceedings: Defendant is agreeable to a trial date on March 17, 2009. Discovery cut off would be no later than sixty days before trial, and a pre-trial conference would be conducted two weeks before trial. Additional suggested dates are set forth in subsection (k) below.

(g)    Special Procedures: Defendant is unaware of any special procedures that need to be implemented.

(h)    Modification of Pretrial Procedures: Defendant submits that modification of the standard pre-trial procedures is not warranted in this case.

(I)    Settlement Prospects: At this early stage of the litigation and prior to discovery, Defendant is unable to speculate on any settlement prospects.

(j)    Other Matters: Defendant respectfully states that there are no other matters.

(k).    <u>Setting of Dates</u>:

    (1)    Joinder of parties:  July 31, 2008

    (2)    Motions to amend:  July 31, 2008

    (3)    Discovery cut-off:  November 14, 2008

    (4)    Status conference:  December 16, 2008

    (5)    Discovery motion hearing date:  January 06, 2009

    (6)    Dispositive motion cut-off:  December 18, 2008

    (7)    Dispositive motion hearing date:  January 22, 2009

    (8)    Settlement conference:  February 05, 2009

    (9)    Joint pre-trial order:  March 3, 2009

    (10)    Final pre-trial order:  March 3, 2009

    (11)    Trial:  March 17, 2009

Dated this __23rd__ day of April, 2008.

**Respectfully Submitted By:**

VICENTE T. SALAS,
LYNNE T. T. TOYOFUKU
MEGUMI SAKAE
Attorneys for Defendant
Rome Research Corporation

3