FILED
Clerk
District Court

APR 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>ROME RESEARCH CORPORATION,<br><br>Defendant. | Civil Action No. 08-0020<br><br><br>Case Management Scheduling<br>Order |

Joey P. San Nicholas			Vicente T. Salas
Attorney at Law			Attorney at Law
P.O. Box 571				P.O. Box 501309
Tinian, MP 96952			Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on April 29, 2008. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before July 31, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

2. All motions to amend pleadings shall be filed on or before July 31, 2008.

3. All discovery shall be served by September 1, 2008.

4. All discovery motions shall be filed so as to be heard on or before October 23, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. A status conference will be held on September 12, 2008, at 9:30 a.m.

6. All dispositive motions shall be heard on or before December 4, 2009. Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on December 12, 2008, at 11:00 a.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by December 30, 2008.

9. A final pretrial conference will be held on January 9, 2009, at 9:00 a.m.

10. The trial in this case shall begin on January 19, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 29th day of April, 2008, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson