*Law Offices Of Vicente T. Salas*
VICENTE T. SALAS
P.O. Box 501309, San Jose
2nd Floor, UIU Building
Saipan, MP 96950-1309
Telephone No. (670) 234-7455
Telecopier No. (670) 234-7256
e-mail: vts@pticom.com

**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU
MEGUMI SAKAE
1003 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email: LToyofuku@marrjones.com

Attorneys for Defendant
ROME RESEARCH CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ, | ) CIVIL ACTION NO. CV 08-0200 |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) (Re: DEFENDANT ROME RESEARCH |
| | ) CORPORATION'S FIRST REQUEST |
| ROME RESEARCH CORPORATION, | ) FOR ANSWERS TO |
| | ) INTERROGATORIES TO PLAINTIFF) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, an original plus one (1) copy of Defendant

Rome Research Corporation's First Request Answers to Interrogatories to Plaintiff will be served

upon the following by U.S. mail, first-class postage prepaid, as noted below:

102415/1063.001

Joey P. San Nicolas, Esq.
San Nicolas Annex
Broadway Estates
P.O. Box 571
Tinian, MP 96952

The undersigned further certifies that, on the dates and by the methods of service noted below, a true and correct copy of the Certificate Of Service regarding Defendant Rome Research Corporation's First Request Answers to Interrogatories to Plaintiff was ***Served Electronically through CM/ECF on June 16, 2008:***

    JOEY P. SAN NICOLAS    snlaw@pticom.com

    Attorney for Plaintiff
    RYANJAY T. DELA CRUZ

    DATED:    Honolulu, Hawaii, June 16, 2008.

                              /s/ Lynne T. T. Toyofuku
                              VICENTE T. SALAS
                              LYNNE T. TOYOFUKU
                              MEGUMI SAKAE

                              Attorneys for Defendant
                              ROME RESEARCH COPRORATION