*Law Offices Of Vicente T. Salas*
VICENTE T. SALAS
P.O. Box 501309, San Jose
2nd Floor, UIU Building
Saipan, MP  96950-1309
Telephone No. (670) 234-7455
Telecopier No. (670) 234-7256
e-mail: vts@pticom.com

**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU
MEGUMI SAKAE
1003 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email:  LToyofuku@marrjones.com

Attorneys for Defendant
ROME RESEARCH CORPORATION

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ, | ) CIVIL ACTION NO. CV 08-0200 |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) (Re:  **DEFENDANT ROME RESEARCH** |
| | ) **CORPORATION'S FIRST REQUEST** |
| ROME RESEARCH CORPORATION, | ) **FOR PRODUCTION OF DOCUMENTS** |
| | ) **TO PLAINTIFF)** |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, an original plus one (1) copy of Defendant Rome Research Corporation's First Request For Production of Documents to Plaintiff will be served upon the following by U.S. mail, first-class postage prepaid, as noted below:

Joey P. San Nicolas, Esq.
San Nicolas Annex
Broadway Estates
P.O. Box 571
Tinian, MP 96952

The undersigned further certifies that, on the dates and by the methods of service noted below, a true and correct copy of the Certificate Of Service regarding Defendant Rome Research Corporation's First Request For Production of Documents to Plaintiff was *Served Electronically through CM/ECF on June 16, 2008:*

JOEY P. SAN NICOLAS　　snlaw@pticom.com

Attorney for Plaintiff
RYANJAY T. DELA CRUZ

DATED:　Honolulu, Hawaii, June 16, 2008.

　　　　　　　　　　　　　　/s/ Lynne T. T. Toyofuku
　　　　　　　　　　　　　　VICENTE T. SALAS
　　　　　　　　　　　　　　LYNNE T. TOYOFUKU
　　　　　　　　　　　　　　MEGUMI SAKAE

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　ROME RESEARCH COPRORATION