*Law Offices Of Vicente T. Salas*
VICENTE T. SALAS
P.O. Box 501309, San Jose
2nd Floor, UIU Building
Saipan, MP  96950-1309
Telephone No. (670) 234-7455
Telecopier No. (670) 234-7256
e-mail: vts@pticom.com

**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU
MEGUMI SAKAE
1003 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email:  LToyofuku@marrjones.com

Attorneys for Defendant
ROME RESEARCH CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ, | ) CIVIL ACTION NO. CV08-0020 |
| | ) |
| Plaintiff, | ) **AMENDED CERTIFICATE OF** |
| | ) **SERVICE** |
| v. | ) |
| | ) **(Re:  DEFENDANT ROME RESEARCH** |
| ROME RESEARCH CORPORATION, | ) **CORPORATION'S FIRST REQUEST** |
| | ) **FOR PRODUCTION OF DOCUMENTS** |
| Defendant. | ) **TO PLAINTIFF)** |
| _____ | ) |
| | ) |

102640/1063.001

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, an original plus one (1) copy of Defendant Rome Research Corporation's First Request For Production of Documents to Plaintiff was served upon the following by U.S. mail, first-class postage prepaid, as noted below:

> Joey P. San Nicolas, Esq.
> San Nicolas Annex
> Broadway Estates
> P.O. Box 571
> Tinian, MP 96952

The undersigned further certifies that, on the dates and by the methods of service noted below, a true and correct copy of the Amended Certificate Of Service regarding Defendant Rome Research Corporation's First Request For Production of Documents to Plaintiff was *Served Electronically through CM/ECF on June 18, 2008:*

> JOEY P. SAN NICOLAS          snlaw@pticom.com
> Attorney for Plaintiff
> RYANJAY T. DELA CRUZ

Dated this 18th day of June, 2008.

> Respectfully Submitted By:
>
> VICENTE T. SALAS
> LYNNE T. TOYOFUKU
> MEGUMI SAKAE
>
> Attorneys for Defendant
> ROME RESEARCH CORPORATION

102640/1063.001