Joey P. San Nicolas (F-342)
Attorney at Law
P.O. Box 571
Tinian, MP 96952
SN Annex, Broadway Estates
Tel./Fax: (670) 433-5776

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ, | CIVIL ACTION NO. <u>08-020</u> |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| ROME RESEARCH CORPORATION, | Time:_____ |
| Defendant. | Date:_____ |

COMES NOW, Joey P. San Nicolas, counsel of record for Plaintiff Ryanjay T. Dela Cruz, and hereby requests for an order permitting withdrawal of counsel. This motion is submitted pursuant to LR 83.5g4 and Rule 1.16(b)(5) of the Model Rules of Professional Responsibility. This motion is supported by the attached declaration for counsel

Respectfully submitted this ___9th___ day of August, 2008.

*[signature]*
JOEY P. SAN NICOLAS (F-342)

Joey P. San Nicolas (F-342)
Attorney at Law
P.O. Box 571
Tinian, MP 96952
SN Annex, Broadway Estates
Tel./Fax: (670) 433-5776

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ, ) | CIVIL ACTION NO. <u>08-020</u> |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| v. ) | |
| ROME RESEARCH CORPORATION, ) | |
| Defendant. ) | |

I, Joey P. San Nicolas, declare:

1. I am an attorney licensed to practice before all courts of the CNMI. I have personal knowledge of the matters stated herein and would be competent to testify to them if called to do so.

2. I was retained by Plaintiff to represent him and to prosecute this matter on or about November 15, 2007.

3. Plaintiff gave Counsel a single cell phone number where Counsel could reach him.

4. Since approximately two months ago Counsel has had extreme difficulty in contacting

|     |     |
| --- | --- |
| 1   | Plaintiff via telephone or otherwise. |
| 2   | 5. Numerous phone calls have been made to Plaintiff's contact number but such phone number was unanswered. |
| 4   | 6. Counsel left several messages at Plaintiff's home with his household members but no calls were returned. |
| 6   | 7. Counsel is informed and believes that Plaintiff has relocated to Guam. |
| 7   | 8. Despite my efforts to faithfully carry out my duties as counsel for Plaintiff, Plaintiff has acted in a way to render continued representation to be unreasonably difficult. |
| 9   | 9. For the above reasons, I request the Court to permit Counsel's withdrawal from further representation of Plaintiff, pursuant to LR 83.5g4 and Rule 1.16(b)(5) of the Model Rules of Professional Conduct. |
| 12  | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 09, 2008 at Tinian, Commonwealth of the Northern Mariana Islands. |

*[signature]*

JOEY P. SAN NICOLAS (F-342)