F I L E D
Clerk
District Court

AUG 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

RYANJAY T. DELA CRUZ,           )   Civil Action No. 08-0020
                                )
            Plaintiff            )
                                )
     v.                          )   ORDER REGARDING
                                )   MOTION TO WITHDRAW
ROME RESEARCH                    )   AS COUNSEL FOR PLAINTIFF
CORPORATION,                     )
                                )
            Defendants           )
_____ )

Because it is not clear from plaintiff's attorney's filing if he has notified plaintiff in writing of his motion to withdraw as plaintiff's counsel; NOW, THEREFORE,

IT IS ORDERED:

1. That plaintiff's counsel shall mail or hand-deliver a copy of counsel's motion to withdraw to plaintiff's last known mailing address or to the house of his family members on Tinian, together with a copy of this order; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that a hearing on counsel's motion to withdraw be and hereby is set for **8:30 a.m., Thursday, September 11, 2008**. Counsel may appear by telephone from Tinian if he provides the court a contact number no later than one day prior to the hearing. **Plaintiff shall attend the hearing in person** and may act as his own attorney in this civil proceeding, although he is strongly urged to retain counsel. Should plaintiff fail to attend the hearing in person, sanctions may be entered against him, including the ultimate sanction of dismissal of his lawsuit, with prejudice.

If plaintiff's current counsel is informed by plaintiff that plaintiff no longer wishes to pursue his lawsuit, and can make that representation in writing as an officer of the court, the court will enter an order of dismissal and the hearing will come off-calendar without further order of the court.

DATED this 11th day of August, 2008.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge