*Law Offices Of Vicente T. Salas*
VICENTE T. SALAS
P.O. Box 501309, San Jose
2nd Floor, UIU Building
Saipan, MP 96950-1309
Telephone No. (670) 234-7455
Telecopier No. (670) 234-7256
e-mail: vts@pticom.com

**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU
MEGUMI SAKAE
1003 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email: LToyofuku@marrjones.com

Attorneys for Defendant
ROME RESEARCH CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| RYANJAY T. DELA CRUZ, | ) CIVIL ACTION NO. CV08-0020 |
| Plaintiff, | ) <br> ) DEFENDANT ROME RESEARCH |
| | ) CORPORATION'S STATEMENT OF NO |
| vs. | ) OPPOSITION TO JOEY P. SAN |
| | ) NICOLAS' MOTION TO WITHDRAW AS |
| ROME RESEARCH CORPORATION, | ) COUNSEL FILED AUGUST 9, 2008 |
| Defendant. | ) Judge: Honorable Alex R. Munson <br> ) Date: September 11, 2008 <br> ) Time: 8:30 a.m. |

### DEFENDANT ROME RESEARCH CORPORATION'S STATEMENT OF NO OPPOSITION TO JOEY P. SAN NICOLAS' MOTION TO WITHDRAW AS COUNSEL FILED AUGUST 9, 2008

Pursuant to Fed. R. Civ. P. 7 and L.R. 7.1(c)(2) Defendant Rome Research Corporation ("Defendant") takes the following position with respect to Joey P. San Nicolas' Motion to Withdraw as Counsel for Plaintiff Ryanjay T. Dela Cruz (filed on August 9, 2008) (the "Motion"):

Defendant does not oppose the Motion provided that the withdrawal does not delay the proceedings herein. Mr. San Nicolas, who currently still is counsel of record for Plaintiff, has already failed to provide and continues to fail to provide Defendant with responses to its written discovery requests, which were originally due on July 21, and after Defendant agreed to Plaintiff's request for a three-week extension, due on August 11, 2008. If Plaintiff is present at the hearing and Mr. San Nicolas' motion is granted, Defendant requests that Plaintiff be ordered to find substitute counsel by October 1, or another date which this Court deems reasonable, so as to minimize further delay in this case. However, if Plaintiff does not appear at the hearing Defendant requests this Court to impose sanctions against him, including the ultimate sanction of a dismissal with prejudice. Defendant further requests that if Plaintiff does not find substitute counsel by the date set by this Court, that this Court order Plaintiff to proceed *pro se* or, in the alternative, dismiss his case.

Defendant reserves the right to respond to any additional argument presented at the hearing on the Motion.

Dated this 22nd day of August, 2008.

                        Respectfully Submitted By:

                        */s/ Vicente T. Salas*
                        VICENTE T. SALAS
                        LYNNE T. T. TOYOFUKU
                        MEGUMI SAKAE
                        Attorneys for Defendant
                        Rome Research Corporation