*VICENTE T. SALAS, ESQ.*
*Law Office Of Vicente T. Salas*
*P.O. Box 501309, San Jose*
*2nd Floor, UIU Building*
*SAIPAN, MP 96950-1309*
*Telephone No. (670) 234-7455*
*Telecopier No. (670) 234-7256*
*e-mail: vts@pticom.com*

*LYNNE T. T. TOYOFUKU, ESQ.*
*MEGUMI SAKAE, ESQ*
*Marr Jones & Wang*
*A Limited Liability Law Partnership*
*Pauahi Tower, 1003 Bishop Street, Suite 1550*
*Honolulu, Hawaii 96813*
*Telephone: (808) 536-4900*
*Facsimile: (808) 536-6700*
*e-mail: LToyofuku@marrjones.com*

*Attorneys for:* **Defendant ROME**
**RESEARCH CORPORATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S REQUEST OF** |
| | ) | **COUNSEL TO APPEAR** |
| | ) | **TELEPHONICALLY AT THE** |
| vs. | ) | **HEARING ON  SEPTEMBER 11, 2008** |
| | ) | **ON PLAINTIFF COUNSEL'S** |
| | ) | **MOTION  TO WITHDRAW** |
| ROME RESEARCH CORPORATION, | ) | |
| | ) | **Judge:  Honorable Alex R. Munson** |
| Defendant. | ) | **Date:   September 11, 2008** |
| | ) | **Time: 8:30 a.m.** |

Defendant Rome Research Corporation, by and through counsel Vicente T. Salas, hereby requests

leave of this Court for off-island co-counsel Lynne T. T. Toyofuku and Megumi Sakae to appear by

telephone conference at the hearing presently scheduled for September 11, 2008 at 8:30 a.m. (Saipan time).

Counsel appearing telephonically will contact the Court from their office in Honolulu, Hawaii shortly before the hearing is to commence, or may be reached at 808-536-4900 if the Court prefers to initiate the conference call, should the Court grant Defendant's request. Local counsel, Vicente T. Salas, will be appearing in person for the hearing.


Dated this __2nd__ day of September, 2008.

**Respectfully Submitted By:**

**LAW OFFICE OF VICENTE T. SALAS**

VICENTE T. SALAS
Attorney for Defendant,
Rome Research Corporation

2