```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              SEP - 3 2008
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS         For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

| | |
|---|---|
| RYANJAY T. DELA CRUZ ) | CIVIL ACTION NO. CV08-0020 |
| ) | |
| Plaintiff, ) | **ORDER PERMITTING** |
| ) | **TELEPHONIC APPEARANCE** |
| vs. ) | |
| ) | |
| ROME RESEARCH CORPORATION, ) | |
| ) | Judge: Honorable Alex R. Munson |
| Defendant. ) | Date: September 11, 2008 |
| _____ ) | Time: 8:30 a.m. |

On September 02, 2008, there was filed in the above-captioned proceeding a request that Defendant's counsel, Lynne T. T. Toyofuku and Megumi Sakae, be permitted to appear telephonically at the 8:30 a.m., September 11, 2008 hearing on Plaintiff Counsel's Motion to Withdraw.

Based on the record in this proceeding and good cause appearing, this court shall grant such request and permit Defendant's Counsel to appear telephonically at the September 11, 2008 hearing.

Accordingly, Defendant's counsel shall be available via telephone, at 808-536-4900 on September 11, 2008 at 8:30 a.m. (Saipan time), to participate in the hearing.

IT IS SO ORDERED.

Dated this 3rd day of September, 2008.

_____
ALEX R. MUNSON