```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    SEP 1 0 2008

          IN THE UNITED STATES DISTRICT COURT
                                                 For The Northern Mariana Islands
          FOR THE NORTHERN MARIANA ISLANDS  By_____
                                                       (Deputy Clerk)
```

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ, | ) | CIVIL ACTION NO. 08-0020 |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF SERVICE |
| ROME RESEARCH CORPORATION, | ) | |
| Defendant. | ) | |

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that on the 27th day of AUGUST, 2008, at 5:30 am/pm I personally served upon RYANJAY T. DELA CRUZ a true and correct copy of the:

( ) Summons and Complaint
( ) Order in Aid of Judgment
( ) Motion for Order to Show Cause
(X) Other: **ORDER REGARDING MOTION TO WITHDRAW AND MOTION TO WITHDRAW.**

Service was made as follows:
( ) By delivering it to the aforesaid person.
(X) By delivering it at the aforesaid person's usual residence with _____.
( ) By delivering it to _____, who is an officer, managing agent, or employee of the above-named individual.

The place where said service was made: CAROLINAS HEIGHTS, TINIAN

Dated this 27th day of August, 2008.

_____
Acknowledgment of Receipt

VILMA S. SAN NICOLAS
PROCESS SERVER