# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0020                                              September 11, 2008
                                                        8:35  a.m.


**RYANJAY T. DELA CRUZ -v- ROME RESEARCH CORPORATION**

PRESENT:          Hon. Alex R. Munson, Chief Judge Presiding
                  Sanae Shmull, Court Reporter
                  K. Lynn Lemieux, Courtroom Deputy
                  Joey San Nicolas, Attorney for Plaintiff (via telephone
                  Vicente Salas, Attorney for Defendants
                  Lynn Toyofuku , Attorney for Defendants (via telephone)
                  Megumi Sakae, Attorney for Defendants (via telephone
                  Ryanjay T. Dela Cruz, Plaintiff (via telephone)


PROCEEDINGS:    MOTION TO WITHDRAW AS COUNSEL

    Plaintiff was represented in court by Attorney Joey San Nicolas.  Defendants' were represented by  Attorneys Lynne Toyofuku and Megumi Sakae (via telephone).

    Plaintiff stated that he wished to have 30 days to retain new counsel.

    Attorney Toyofuku moved to continue deadlines.  Court ordered that counsel file motions to move the Court to continue deadlines.  Court ordered that the Plaintiff file a notice as to his contact information.

    Court, after hearing all argument, GRANTED Attorney San Nicolas' motion to withdraw as counsel.


                                Adjourned 8:40 a.m.




                                */s/* K. Lynn Lemieux, Courtroom Deputy