*VICENTE T. SALAS, ESQ.*
*Law Office Of Vicente T. Salas*
*P.O. Box 501309, San Jose*
*2nd Floor, UIU Building*
*SAIPAN, MP 96950-1309*
*Telephone No. (670) 234-7455*
*Telecopier No. (670) 234-7256*
*e-mail: vts@pticom.com*

*LYNNE T. T. TOYOFUKU, ESQ.*
*MEGUMI SAKAE, ESQ*
*Marr Jones & Wang*
*A Limited Liability Law Partnership*
*Pauahi Tower, 1003 Bishop Street, Suite 1550*
*Honolulu, Hawaii 96813*
*Telephone: (808) 536-4900*
*Facsimile: (808) 536-6700*
*e-mail: LToyofuku@marrjones.com*

*Attorneys for:* Defendant ROME
RESEARCH CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RYANJAY T. DELA CRUZ | ) | CIVIL ACTION NO. CV08-0020 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S REQUEST OF** |
| | ) | **COUNSEL TO APPEAR** |
| | ) | **TELEPHONICALLY AT THE** |
| vs. | ) | **STATUS CONFERENCE HEARING** |
| | ) | **ON SEPTEMBER 12, 2008** |
| | ) | |
| ROME RESEARCH CORPORATION, | ) | |
| | ) | Judge: Honorable Alex R. Munson |
| Defendant. | ) | Date: September 12, 2008 |
| | ) | Time: 9:30 a.m. |

Defendant Rome Research Corporation, by and through counsel Vicente T. Salas, hereby requests

leave of this Court for off-island co-counsel Lynne T. T. Toyofuku to appear by telephone conference at

the status conference hearing presently scheduled for September 12, 2008 at 9:30 a.m. (Saipan time).

Counsel appearing telephonically may be reached at 808-536-4900, should the Court grant Defendant's request. Local counsel, Vicente T. Salas, will be appearing in person for the hearing.

Dated this __12th__ day of September, 2008.

                          **Respectfully Submitted By:**

                          **LAW OFFICE OF VICENTE T. SALAS**

                          */s/ Vicente T. Salas*
                          VICENTE T. SALAS
                          Attorney for Defendant,
                          Rome Research Corporation