F I L E D
Clerk
District Court

SEP 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RYANJAY T. DELA CRUZ,<br>Plaintiff,<br>vs.<br>ROME RESEARCH CORPORATION,<br>Defendant. | Civil Action No. 08-00020<br><br>~~PROPOSED~~ ORDER GRANTING COUNSEL'S MOTION TO WTIHDRAW AND DEFENDANT'S MOTION TO RETAIN NEW COUNSEL |

THIS MATTER, came on for hearing on September 11, 2008 at 8:30 a.m. on Attorney Joey P. San Nicolas' motion to withdraw as counsel for Plaintiff Ryanjay T. Dela Cruz. Attorney San Nicolas and Plaintiff Dela Cruz appeared via telephone from Tinian. Attorney Vicente T. Salas appeared on behalf of Defendant Rome Research Corporation. Attorney Lynne T. Toyofuku appeared via telephone from Honolulu, Hawaii on behalf of Defendant Rome Research Corporation.

Having considered Attorney San Nicolas' declaration and with no objection from Plaintiff Dela Cruz and Defendant Rome Research Corporation, IT IS ORDERED THAT Attorney Joey P. San Nicolas' motion to withdraw as counsel is hereby granted.

Accordingly, Plaintiff Dela Cruz's oral motion requesting for thirty days to retain new counsel is hereby granted.

DATED this 12TH day of September, 2008.

_____
ALEX R. MUNSON
Judge